UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 26-61340-CIV-CANNON

**ARIEL ASEN SUAREZ**,

　　　　Petitioner,

v.

**WARDEN, BROWARD TRANSITIONAL
CENTER**,

　　　　Respondent.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record.  Petitioner Ariel Asen Suarez ("Petitioner"), an immigration detainee currently detained at the Broward Transitional Center in Pompano Beach, Florida, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging this current immigration detention [ECF No. 1 pp. 6–7].

To permit proper consideration of the Petition, the Court hereby **ORDERS AND ADJUDGES** as follows:

1.　　　On or before **May 28, 2026,** Respondents shall file a written notice with the Court indicating (a) the names and addresses of the attorneys to whom this case has been assigned; and (b) documentation showing that any records relevant to Petitioner's claim have been requested.

2.　　　On or before **June 12, 2026**, Respondents shall file a memorandum of fact and law to show cause why the instant petition should not be granted and shall file therewith all documents and transcripts necessary for the resolution of this matter.

3.　　　Respondents **SHALL NOT** caption the response as a "Motion to Dismiss."

1

4.      Petitioner may, but is not required to, file a reply.  The reply must be **filed within 21 days** of the date on which the Court dockets the Respondents' response.  If the reply is not filed within **21 days** of the date on which the Response is docketed, the Court will deem the matter submitted.  The Court will not consider an untimely reply.  *See* Rule 5(e), Rules Governing Section 2254 Cases in the United States District Courts ("The petitioner may file a reply to the respondent's answer or other pleading.  The judge must set the time to file unless the time is already set by local rule."); *see also* Rule 1(b), Rules Governing Section 2254 Cases in the United States District Courts (allowing a court to apply the Rules Governing Section 2254 Cases to petitions brought under 28 U.S.C. § 2241 in its discretion).

5.      The body of the reply, if filed, shall not exceed **ten (10) pages** and shall otherwise comply with the Court's applicable Local Rules governing the form of filings.  *See* S.D. Fla. L.R. 7.1(c)(2); *see also* S.D. Fla. L.R. 5.1(a).

**ORDERED** in Chambers in Fort Pierce, Florida, this 12th day of May 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      **counsel of record**

**Ariel Asen Suarez,** *pro se*
A# 243013936
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, Florida 33073

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

2